UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

Allison Filenko,

        Plaintiff(s),

vs.                                     Case Number: 18-cv-00293-GKF-FHM

CSAA General Insurance Company,

        Defendant(s).

### SETTLEMENT CONFERENCE REPORT

On 1/16/2019 a Settlement Conference was held in the captioned matter.

☒     The litigation was settled; within _30_ days of the date hereof, the Plaintiff and Defendant shall file:

       -- a Stipulation of Dismissal
          OR
       -- Agreed Judgment and
          Motion to Enter Agreed Judgment

☐     The litigation was not settled.

☐     Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2019.

DATED: 1/16/2019.

                                                     Larry B. Lipe
                                                     Adjunct Settlement Judge