**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **(1) ALLISON FILENKO, an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 18-CV-293-GKF-FHM** |
| | ) | |
| **(1) CSAA GENERAL INSURANCE** | ) | |
| **COMPANY f/k/a AAA INSURANCE** | ) | |
| **COMPANY, a Foreign for Profit Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant by counsel pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that

all of Plaintiff's claims against Defendant, CSAA General Insurance Company, in the above titled

action are voluntarily dismissed with prejudice, with each party to pay their own attorneys fees.

Respectfully submitted,

  /s/ Donald E. Smolen
Donald E. Smolen OBA #19944
Laura L. Hamilton, OBA #22619
Lauren N. Portilloz, OBA #33250
Smolen Law Firm
611 South Detroit Avenue
Tulsa, OK 74120
Telephone: 918-777-4529
Facsimile: 918-890-4529
don@smolen.law
laura@smolen.law
lo@smolen.law

   /s/ James N. Edmonds
James N. Edmonds, OBA#15757
William A. Fiasco, OBA #12662
Atkinson, Haskins, Nellis, Brittingham,
        Gladd & Fiasco
        A PROFESSIONAL CORPORATION
525 South Main, Suite 1500
Tulsa, Oklahoma  74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
**_Attorneys for Defendant, CSAA General_**
**_Insurance Company_**